IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPRINGBOARDS TO EDUCATION, INC., | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:16-cv-02625 JURY DEMAND |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, et al. | § § § | |
| *Defendants.* | § | |

---

**ORDER**

---

On this day the Court, having considered Springboards to Education, Inc.'s, Houston Independent School District's and Augusta Marketing Products, LLC's Motion for Joint Agreed Protective Order, finds in the interest of justice that said motion should be GRANTED.

_____
The Honorable Judge Hittner