COURTROOM MINUTES

JUDGE  Hittner                                                    PRESIDING

COURTROOM CLERK        O. Lindor

COURT REPORTER         Laura Wells

LAW CLERK              Jeremy Dunbar

MORNING                AFTERNOON
SESSION _____   SESSION 1:35 - 1:50   DATE: 8/11/17

---

DOCKET ENTRY

( DH ) 4:16-cv-2625                         (Rptr- Wells      )
       (PROCEEDINGS: Telephone Conference           )

Springboards to Education,            V.    Houston ISD et. al,

Appearances: For Plaintiff:  J. Manuel Torres-Rodriguez & Valerie Wilde

For Defendants: James R. Spivey & William James Stowe

Telephone Conference held.  Defendants' Joint Motion to Strike is denied.

New information will be subject to deposition in Houston and be paid for by plaintiff.

Witnesses: