United States District Court
Southern District of Texas
**ENTERED**
February 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPRINGBOARDS TO EDUCATION, INC., | § § § § § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 4:16-cv-2625 |
| v. | | JURY TRIAL DEMANDED |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, AUGUSTA MARKETING PRODUCTS, LLC. TARHEEL PROMOTIONS, INC. and KATHY BAKER, | | |
| Defendants. | | |

## ORDER

The Court has considered Plaintiff Springboards to Education, Inc.'s ("Plaintiff") Emergency Motion for Reconsideration of Summary Judgment Findings and Motion for Oral Argument (the "Motion"), Dkt. 197. After considering the Motion, the papers on file with the Court, and the argument of counsel, if any, the Court is of the opinion that the Motion should be DENIED. It is therefore

ORDERED that Plaintiff Springboards to Education, Inc.'s Motion is DENIED.

SIGNED at Houston, Texas, on this 21 day of Feb, 2018.

_____
JUDGE PRESIDING